1  J. CHRISTOPHER JORGENSEN, ESQ.
   State Bar No. 5382
2  MENG ZHONG, ESQ.
   State Bar No. 12145
3  LEWIS AND ROCA LLP
   3993 Howard Hughes Pkwy., Ste. 600
4  Las Vegas, NV 89169
   (702) 949-8200
5  (702) 949-8398/fax

6  Attorneys for Defendants Bank of
   America, N.A. and Mortgage
7  Electronic Registration Systems, Inc.

8
                        UNITED STATES DISTRICT COURT
9
                          FOR THE DISTRICT OF NEVADA
10

11  CESAR ALDANA,                          |  Case: 3:10-cv-00715-RCJ-RAM

12                  Plaintiff,

13       vs.

14  U.S. FINANCIAL MORTGAGE CORP.;
    MORTGAGE ELECTRONIC
15  REGISTRATION SYSTEMS, INC. [MERS];     **SUPPLEMENTAL ORDER**
    FIRST CENTENNIAL TITLE COMPANY;        **CONCERNING MEDIATION AND**
16  QUALITY LOAN SERVICE CORP.; FIRST      **INTERIM PAYMENTS**
    AMERICAN NATIONAL DEFAULT aka
17  FIRST AMERICAN TITLE; FIRST
    AMERICAN TITLE INSURANCE
18  COMPANY; BANK OF AMERICA, N.A.;
    DOCUMENT PROCESSING SOLUTIONS;
19  CINDY COOK, individually; et al.,

20                  Defendants.

21       Pursuant to Court Order dated March 31, 2011 [Dkt. #29]:

22       IT IS HEREBY ORDERED that:

23       (a)     The foreclosure of the property located at 5732 Sun Valley Boulevard, Sun Valley,

24               Nevada, Parcel No. 085-472-18, is prohibited for 100 days from the date of the

25               Order dated March 31, 2011 [Dkt. #29], contingent on the following;

26       (i)     Plaintiff shall make mortgage payments of $910.00 on or before May 1,

27               2011; $910.00 on or before June 1, 2011; $910.00 on or before July 1,

28               2011; and $910.00 on or before August 1, 2011, while the injunction is in

place. Plaintiff's payment are to be sent to Bank of America, C/O J. Christopher Jorgensen, Lewis and Roca LLP, 3993 Howard Hughes Pkwy., Suite 600, Las Vegas, Nevada, 89169; to be placed in the Trust Fund of Lewis and Roca until the completion of this litigation or other court order directing its release;

(b) The parties are to return to the state mediation program under the following conditions:

   (i) Plaintiff must provide Defendants with all necessary financial information/documentation so a loan modification can be processed;

   (ii) Defendants must have an individual, with loan modification authority, present at the mediation and provide all documents required by the state mediation program;

   (iii) At the mediation, Plaintiff is prohibited from making any argument regarding "original note," securitization, existence of the loan, or any other vapor money theories, as contained in his Complaint; and

   (iv) The purpose of the mediation is only to determine if Plaintiff qualifies for a loan modification and if a loan modification can be agreed to.

IT IS FURTHER ORDERED that this case is not stayed, and Defendants are permitted to proceed with the filings of any pleadings; and

IT IS FURTHER ORDERED that Plaintiff's failure to make interim payments or to participate in mediation will result in dismissal of the case.

_____
U.S. DISTRICT COURT JUDGE
DATED: 04-25-2011

Respectfully submitted by:

LEWIS AND ROCA LLP

By _____
J. CHRISTOPHER JORGENSEN, ESQ.
Attorney for Defendants

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

556135.1